UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RICHARD J. FORTUNA**
        **Plaintiff**

      **V.**

**UNITED STATES POSTMASTER GENERAL**
        **Defendant**

**CIVIL ACTION**

**NO.  04-12697-MLW**

## ORDER OF DISMISSAL

**WOLF, D.J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on  **APRIL 27, 2005**  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                  By the Court,

**June 22, 2005**                        /s/ Dennis O'Leary
    Date                                 Deputy Clerk

(4mdism.ord  - 09/96)                                      [odism.]