UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD FORTUNA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | Docket No. 04-12697-MLW |

## MOTION TO RECONSIDER ORDER
## DISMISSING PLAINTIFF'S COMPLAINT

NOW COMES your Plaintiff, Richard Fortuna, and hereby MOVES this HONORABLE COURT pursuant to Fed. R. Civ. P., Rule 60(b)(1) that it RECONSIDER its decision ordering dismissal of his Complaint, and states as his reasons therefor that the omission to complete service of process and file the return with this court was not due to any action of his, but rather error and omission by counsel, for which he should not be penalized by the sanction of dismissal, a sanction disproportionate to the offense, as is more fully set out in his Memorandum of Reasons, which is filed and served herewith.

RESPECTFULLY SUBMITTED
**RICHARD FORTUNA**, Plaintiff
By his attorney,

_____
Paul H. Merry, Esq.
BBO # 343580
44 School Street - 10TH Floor
Boston, MA 02108
617 720 2400

## CERTIFICATE OF SERVICE

    I, Paul H. Merry, attorney for the Complainant Richard Fortuna in the above matter, certify that on the third day of August, 2005, I served the above Motion and its supporting Statement of Reasons upon the Defendant United States Postal Service, by mailing the same to its attorneys, Assistant United States Attorney Eugenia M. Carris, Esq., and Elaine Rogers, Esq., by first class mail, postage prepaid, directed to each of them at their respective offices in Boston, Massachusetts and in North, Windsor, Connecticut.

_____
Paul H. Merry