UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
RICHARD J. FORTUNA,               )
         Plaintiff,                 )
                                                    )     CIVIL ACTION
v.                                                 )     NO. 04-12697-MLW
                                                    )
JOHN POTTER, as he is              )
POSTMASTER GENERAL of the )
UNITED STATES OF AMERICA, )
         Defendant.                )
_____)

**NOTICE OF APPEARANCE**

      Please enter the undersigned as counsel for the defendant in the above-captioned action.

                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           United States Attorney

                           /s/Eugenia M. Carris
                           Eugenia M. Carris
                           Assistant United States Attorney
                           U.S. Attorney's Office
                           1 Courthouse Way, Suite 9200
                           Boston, MA 02210
                           (617) 748-3376

Dated: September 27, 2005

**CERTIFICATE OF MAILING**

This is to certify that a true copy of the above was electronically mailed to plaintiff's counsel of record.

                           /s/Eugenia M. Carris
                           Eugenia M. Carris