UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD FORTUNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| V. ) | NO.04-12697-MLW |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| U.S. POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATEMENT

Trial Counsel discussed the matters required by the Court's Notice of Scheduling Conference and the parties respectfully request that the Court set the following schedule.

### I. Proposed Plan for Discovery:

The parties propose that discovery close on November 30, 2006 and proceed as follows:

**a. Discovery Limitations:**

The parties state that it will not be necessary to exceed the discovery limitations set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court. The parties agree to exchange all relevant documents.

**b. Proposed Discovery Timing:**

1. The parties have provided each other with the automatic discovery required by Fed. R. Civ. P. 26(a)(1), the Local Rules of this Court, and this Court's March 29, 2006 Order;

2. Fact discovery on liability and damages shall close on November 30, 2006.

   3.  Expert discovery will be conducted as follows:

      i.  The plaintiff will disclose its expert(s) and their report(s) by December 4, 2006;

      ii.  The defendants will disclose their expert(s) and their report(s) by February 5, 2007;

      iii.  The parties will complete expert depositions by March 30, 2007.

## II. Proposed Schedule For Motions and Pretrial Conference:

The parties propose that all dispositive motions be filed on or before April 30, 2007 and that a Final Pretrial Conference be set by the Court.  There are now no pending motions.

## III. L.R. 16.1 Certifications:

Counsel will file Certifications on or before May 24, 2006.

## IV. Magistrate Judge

The parties do not agree to a trial before a Magistrate Judge at this time.

Respectfully submitted,

FOR THE PLAINTIFF                    FOR THE DEFENDANT

By his attorney,                     By his attorneys,

/s/Paul H. Merry (EMC          /s/Eugenia M. Carris
Paul H. Merry, Esq.              Eugenia M. Carris
50 Congress Street              Assistant U.S. Attorney
10th Floor                           John J. Moakley U.S. Courthouse
Boston, MA  02109             1 Courthouse Way, Suite 9200
(617) 720-2400                  Boston, MA 02110
                                      (617)748-3282

Dated: May 17, 2006