UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
RICHARD FORTUNA,                        )
                                        )
              Plaintiff,                )
                                        )          CIVIL ACTION
V.                                      )          NO.04-12697-MLW
                                        )
JOHN E. POTTER,                         )
POSTMASTER GENERAL,                     )
U.S. POSTAL SERVICE,                    )
                                        )
              Defendant.                )
_____)


**DEFENDANT'S CERTIFICATION OF COMPLIANCE**
**WITH LOCAL RULE 16.1(D)(3)**

        The undersigned representative of defendant hereby certifies, pursuant to Local Rule

16.1(D)(3), that she has conferred with counsel on the following:

        1.  establishing a budget for the costs of conducting the full course, and various

alternatives, of this litigation; and,

        2.  to consider the resolution of litigation through the use of alternative dispute resolution

programs such as those outlined in Local Rule 16.4.


                                                   By his attorney,

JOHN E. POTTER, Postmaster General                 MICHAEL J. SULLIVAN
of the United States                               UNITED STATES ATTORNEY

/s/Elaine Rogers (EMC)                             /s/Eugenia M. Carris
Elaine Rogers                                      Eugenia M. Carris
U.S. Postal Inspection Service                     Assistant U.S. Attorney
Windsor Field Office                               John Joseph Moakley U.S. Courthouse
6 Griffin Road, North                              1 Courthouse Way - Suite 9200
Windsor, CT 06006-0120                             Boston, MA  02210
(860) 285-7090                                     (617) 748-3282

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants.


/s/ Eugenia M. Carris
EUGENIA M. CARRIS
Assistant United States Attorney


Dated:  May 17, 2006