UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD FORTUNA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE | Docket No. 04-12697-MLW |

**MOTION TO RECONSIDER ORDER
SANCTIONING COUNSEL**

  NOW COMES PAUL H. MERRY, counsel to your Plaintiff, Richard Fortuna in the above-encaptioned matter, and hereby respectfully MOVES this HONORABLE COURT that it RECONSIDER its decision of May 24, 2006, ordering SANCTIONS against him in this matter, and states as his reasons therefor as follows:

  1. The sanctions ordered were based on tardiness in appearing for the Scheduling Conference in this matter and taking other steps associated with that Conference;

  2. The sanctions were ordered paid in the amount of two hundred fifty ($250) dollars on or before June 2, 2006; and were delivered by hand delivery to the court on June 1, 2006;

  3. A review of the electronic log within counsel's computer, which retains Electronic Court Filing ("ECF") documents received from court, indicates that although electronic notices have been received by counsel both before and after the issuance of the order setting the Scheduling Conference, no such electronic notice was received of the order setting the Scheduling Conference, see accompanying Exhibit;

  4. Similarly, no record of receipt of a paper notice of the order setting the Scheduling Conference has been found, see id.:

5.	The absence of notice to counsel concerning the order setting the Scheduling Conference is a mitigating factor regarding sanctions imposed for tardiness at the Scheduling Conference, as well as other violations of the order.

WHEREFORE PAUL H. MERRY, counsel to plaintiff in this matter, RESPECTFULLY REQUESTS that this HONORABLE COURT reconsider its imposition of sanctions; and modify those sanctions consistently with all relevant facts, including the lack of notice of the Scheduling Conference.

RESPECTFULLY SUBMITTED
**PAUL H. MERRY, Counsel to**
**RICHARD FORTUNA,** Plaintiff


_____/s/_____
Paul H. Merry, Esq.
BBO # 343580
44 School Street - 10TH Floor
Boston, MA 02108
617 720 2400

DATE: June 5, 2006

CERTIFICATE OF SERVICE

I, Paul H. Merry, hereby certify that the above Motion and Exhibit were filed electronically with the United States District Court for the District of Massachusetts, on June 5, 2006, with the expectation that it will be served electronically by the Court on counsel of record for all parties to the action.

_____/s/_____
Paul H. Merry

AFFIDAVIT OF PAUL H. MERRY

NOW COMES your Affiant, Paul H. Merry, who hereby states on oath as follows:

1. My name is Paul H. Merry and I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts. I practice from offices at 50 Congress Street, 10th Floor, Boston, Massachusetts 02109.

2. A Scheduling Conference in the case of Fortuna v. Potter, U.S.D.C. MA. Docket No. 04-12697-MLW, in which I represent the plaintiff, was held on May 24, 2006. The conference was scheduled to begin at three o'clock p.m.

3. This Scheduling Conference did not appear for that date in my electronic daily calendar where I record important upcoming events; and my first notice of this conference was by means of a telephone call from the clerk in the session handling the case, at approximately 3:05 p.m. on May 24, 2006, mentioning the conference and asking about my failure to appear.

4. Because I had no notice of the conference, when I received the call I assumed it was in reference to another matter in which I represent the plaintiff, Lundin v. Potter, in which I had assented to a request from the government attorney, Mark Grady, Esq., for a continuance of the scheduling conference. I mentioned this to the court clerk when I received the call; but when I learned my assumption was incorrect I hastened to the court house.

5. I was approximately twenty minutes tardy for the conference.

6. Because in my haste to appear before the court, I did not check whether I had received notice of the Scheduling Conference prior to traveling to the court house; and because I wanted to be certain there was no error in my calendaring system, I did not mention the lack of notice when the court inquired during the conference concerning grounds for not imposing

sanctions.

7. After returning to my office, I checked the "Inbox" in the electronic mail program on my office computer, where incoming electronic mail is received and stored, for the notice of the order setting the Scheduling Conference. Such notices are transmitted from the Electronic Court Filing system at the United States District Court. I was aware I might have overlooked the notice for the Scheduling Conference on May 24, 2006 due to the volume of electronic mail I receive.

8. Transmitted herewith is a true and accurate copy, in "PDF" format, of the ECF notices received in my office computer relating to the matter on which the May 24, 2006, Scheduling Conference was held.

9. I also checked the paper correspondence and pleadings (and printed paper copies of "ECF" documents which I routinely make) files in the case to determine if the notice might have been received. I found no paper record of notice of the Scheduling Conference May 24, 2006, having been received.

10. On or about June 1, 2006, I received electronic notice of the ordering of sanctions concerning my tardiness at the Scheduling Conference on May 24, 2006.

11. I subsequently used the court's electronic "PACER" docket access system to receive a copy of the order setting the Scheduling Conference.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

                                                             /s/
                                         Paul H. Merry

DATE: June 5, 2006

**EXHIBIT A TO MOTION FOR RECONSIDERATION FILED 6-5-06 IN CASE NO. 04-CV-12697**

**ELECTRONIC NOTICES RECEIVED IN CASE**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

1. **United States District Court**

   **District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from O'Leary, Dennis entered on 6/2/2006 at 11:16 AM EDT and filed on 6/2/2006

**Case Name:**             Fortuna v. Potter

**Case Number:**           1:04-cv-12697

**Filer:**

**Document Number:**       11

**Docket Text:**
Judge Mark L. Wolf : ORDER entered. SCHEDULING ORDER: Final Pretrial Conference set for 5/16/2007 04:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. Status Conference set for 4/26/2007 04:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. Amended Pleadings due by 6/30/2006. Discovery to be completed by 3/30/2007. Jury Trial set for 5/21/2007 09:00 AM in Courtroom 10 before Chief Judge Mark L. Wolf.(O'Leary, Dennis)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=6/2/2006] [FileNumber=1448928-0]
[7c5c1c383371fcb5877da8ae2bdbfca0d287f3ba9ec65c7ddeb66df8f1edcc124b94
a8f5322da6eca4992804b920b24062b1dee9f817d636c20faa44f84e8aba]]

**1:04-cv-12697 Notice will be electronically mailed to:**

Eugenia M. Carris eugenia.carris@usdoj.gov, usama.ecf@usdoj.gov; janice.zaniboni@usdoj.gov

Paul H. Merry paul.merry@fairworkplace.net

**1:04-cv-12697 Notice will not be electronically mailed to:**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

1. **United States District Court**

   **District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from O'Leary, Dennis entered on 6/2/2006 at 11:11 AM EDT and filed on 5/24/2006

**Case Name:**           Fortuna v. Potter

**Case Number:**         [1:04-cv-12697](1:04-cv-12697)

**Filer:**

**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Judge Mark L. Wolf : Scheduling Conference held on 5/24/2006. Atty Paul Merry for the plaintiff. AUSA Genie Carris for the defendant. Court sanctions atty. Merry $250.00 for various violations of court orders. Sanction shall be paid by June 2, 2006. Court establishes a schedule for the remainder of the case. Written order to issue. (Court Reporter Romanow.) (O'Leary, Dennis)

The following document(s) are associated with this transaction:

**1:04-cv-12697 Notice will be electronically mailed to:**

Eugenia M. Carris eugenia.carris@usdoj.gov, usama.ecf@usdoj.gov; janice.zaniboni@usdoj.gov

Paul H. Merry paul.merry@fairworkplace.net

**1:04-cv-12697 Notice will not be electronically mailed to:**

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

1. **United States District Court**

   **District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Carris, Eugenia entered on 5/17/2006 at 1:58 PM EDT and filed on 5/17/2006

| | |
|---|---|
| **Case Name:** | Fortuna v. Potter |
| **Case Number:** | [1:04-cv-12697](#) |
| **Filer:** | John E. Potter |
| **Document Number:** | **[10](#)** |

**Docket Text:**
CERTIFICATION pursuant to Local Rule 16.1 by John E. Potter.(Carris, Eugenia)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/17/2006] [FileNumber=1429469-0
] [2a767339696819a2b90e75b10d61bf20a96e406f11bc9057e49f351665dbba3d375
96ffa7c9afcb299f69ebbfb177d04d8a4dcee146969cc2b8856502f66aac0]]

**1:04-cv-12697 Notice will be electronically mailed to:**

Eugenia M. Carris eugenia.carris@usdoj.gov, usama.ecf@usdoj.gov; janice.zaniboni@usdoj.gov

Paul H. Merry paul.merry@fairworkplace.net

**1:04-cv-12697 Notice will not be electronically mailed to:**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

1. **United States District Court**

   **District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Carris, Eugenia entered on 5/17/2006 at 1:57 PM EDT and filed on 5/17/2006

| | |
|---|---|
| **Case Name:** | Fortuna v. Potter |
| **Case Number:** | [1:04-cv-12697](#) |
| **Filer:** | John E. Potter |
| **Document Number:** | [9](#) |

**Docket Text:**
JOINT SUBMISSION pursuant to Local Rule 16.1 by John E. Potter.(Carris, Eugenia)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=5/17/2006] [FileNumber=1429465-0
] [9fcdcfb2b6f73252353b73197ab7557d90a404cd8509595bae3e828bfe0da3b82aa
aef9981a3d0e18fc2919312bc6ac3099f6482582a153793b0aa8ce108f669]]

**1:04-cv-12697 Notice will be electronically mailed to:**

Eugenia M. Carris eugenia.carris@usdoj.gov, usama.ecf@usdoj.gov; janice.zaniboni@usdoj.gov

Paul H. Merry paul.merry@fairworkplace.net

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

1. United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Carris, Eugenia M. entered on 10/21/2005 at 12:20 PM EDT and filed on 10/21/2005

**Case Name:**   Fortuna v. Potter

**Case Number:**   1:04-cv-12697

**Filer:**   John E. Potter

**Document Number:**   7

**Docket Text:**
ANSWER to Complaint by John E. Potter.(Carris, Eugenia)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/21/2005] [FileNumber=1171685-0] [df126637fc1ee529eaca2c0f358567e372d5542a1c3fe1ae2b5c461d20ec6c2c35 fa3a89dc41cefd90912b75ba95e6863ef3b254fbe811f7d0ce273394268dc1]]


**1:04-cv-12697 Notice will be electronically mailed to:**

Eugenia M. Carris eugenia.carris@usdoj.gov, janice.zaniboni@usdoj.gov; ma.ecf@usdoj.gov

Paul H. Merry merrylaw@quik.com

**1:04-cv-12697 Notice will not be electronically mailed to:**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

1. **United States District Court**

    **District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Carris, Eugenia M. entered on 9/27/2005 at 10:27 AM EDT and filed on 9/27/2005

**Case Name:**           Fortuna v. Potter

**Case Number:**         [1:04-cv-12697](#)

**Filer:**               John E. Potter

**Document Number:**     **[6](#)**

**Docket Text:**
NOTICE of Appearance by Eugenia M. Carris on behalf of John E. Potter (Carris, Eugenia)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=9/27/2005] [FileNumber=1139376-0
] [ba7b578a95b4d2905d1b00de10aa9bac141b14bcdda338c2ae03c794fd20235635c
688496b11ef4efe696e77bb134ce1cb758de3b0eb6614742ca6f3586a9109]]

**1:04-cv-12697 Notice will be electronically mailed to:**

Eugenia M. Carris  eugenia.carris@usdoj.gov, janice.zaniboni@usdoj.gov; ma.ecf@usdoj.gov

Paul H. Merry  merrylaw@quik.com

**1:04-cv-12697 Notice will not be electronically mailed to:**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

1. **United States District Court**

    **District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from O'Leary, Dennis entered on 9/19/2005 at 3:31 PM EDT and filed on 9/19/2005

**Case Name:**          Fortuna v. Potter

**Case Number:**        1:04-cv-12697

**Filer:**

**Document Number:**

**Docket Text:**
Case Reopened (O'Leary, Dennis)

The following document(s) are associated with this transaction:

**1:04-cv-12697 Notice will be electronically mailed to:**

Paul H. Merry  merrylaw@quik.com

**1:04-cv-12697 Notice will not be electronically mailed to:**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

1. **United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from O'Leary, Dennis entered on 9/19/2005 at 3:30 PM EDT and filed on 9/19/2005

**Case Name:**                        Fortuna v. Potter

**Case Number:**                   [1:04-cv-12697](#)

**Filer:**

**WARNING: CASE CLOSED on 06/22/2005**

**Document Number:**

**Docket Text:**
Judge Mark L. Wolf : ElectronicORDER entered granting [4] Motion for Reconsideration re [3] Order Dismissing Case. ALLOWED. The defendant shall respond to the complaint by 10/21/2005. (O'Leary, Dennis)

The following document(s) are associated with this transaction:


**1:04-cv-12697 Notice will be electronically mailed to:**

Paul H. Merry merrylaw@quik.com

**1:04-cv-12697 Notice will not be electronically mailed to:**


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

1. **United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Boyce, Kathy entered on 8/8/2005 at 4:12 PM EDT and filed on 8/4/2005

**Case Name:**                Fortuna v. Potter

**Case Number:**              [1:04-cv-12697](#)

**Filer:**                    Richard J. Fortuna

**WARNING: CASE CLOSED on 06/22/2005**

**Document Number:**          [5](#)

**Docket Text:**
Statement of Reasons in Support of [4] MOTION for Reconsideration re [3] Order Dismissing Case filed by Richard J. Fortuna, FILED, c/s. (Boyce, Kathy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/8/2005] [FileNumber=1080491-0]
[6420fd74a37a0a7171afa7b351da2548441ed56db9e10c6dd4fc9ad655bb23e05e61
d7cf506e67f739338c259580d51d4d674ec4c1c681e1dc1660f6b4b2873d]]


**1:04-cv-12697 Notice will be electronically mailed to:**

Paul H. Merry  merrylaw@quik.com

**1:04-cv-12697 Notice will not be electronically mailed to:**


**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

1. **United States District Court**

   **District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Paul H. Merry entered on 8/8/2005 at 4:05 PM EDT and filed on 8/3/2005

| | |
|---|---|
| **Case Name:** | Fortuna v. Potter |
| **Case Number:** | [1:04-cv-12697](1:04-cv-12697) |
| **Filer:** | Richard J. Fortuna |

**WARNING: CASE CLOSED on 06/22/2005**

| | |
|---|---|
| **Document Number:** | [4](4) |

**Docket Text:**
MOTION for Reconsideration re [3] Order Dismissing Case by Richard J. Fortuna, filed, c/s.(Boyce, Kathy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/8/2005] [FileNumber=1080466-0]
[bde09eea6513c1fecfe25f0c263a61f62978a8ae7522e4b7e38f66aa7500a6608845
9387271cf3fd777f19afad89d9ac90f8cbf8a942df35c51d1f4c88209b5c]]


**1:04-cv-12697 Notice will be electronically mailed to:**

Paul H. Merry   merrylaw@quik.com

**1:04-cv-12697 Notice will not be electronically mailed to:**


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing

The following transaction was entered on 6/22/2005 at 12:03 PM EDT and filed on 6/22/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Fortuna v. Potter
Case Number: 1:04-cv-12697

**1. https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?95764**
WARNING: CASE CLOSED on 06/22/2005

Document Number: 3
Copy the URL address from the line below into the location bar of your Web browser to view the document: **https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?3,95764,,44896793**,

Docket Text:
Judge Mark L. Wolf : ORDER entered. ORDER DISMISSING CASE(O'Leary, Dennis)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=6/22/2005] [FileNumber=1023780-0] [1cc8e55cd34e9339cc8ade


<!-- rcsid="\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:04-cv-12697 Notice will be electronically mailed to:
Paul H. Merry **merrylaw@quik.com**



1:04-cv-12697 Notice will not be electronically mailed to:



***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid="\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/27/2005 at 2:55 PM EDT and filed on 4/27/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Fortuna v. Potter

Case Number: 1:04-cv-12697

1. ~~https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?95764~~

Document Number: 2
Copy the URL address from the line below into the location bar of your Web browser to view the document: **https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?2,95764,,76879926**,

Docket Text:
Judge Mark L. Wolf : ORDER entered. (O'Leary, Dennis)

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=4/27/2005] [FileNumber=950607-0] [292ebc66d6269443924d519

<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:04-cv-12697 Notice will be electronically mailed to:
Paul H. Merry **merrylaw@quik.com**


1:04-cv-12697 Notice will not be electronically mailed to: