UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD FORTUNA,

Plaintiff,

v.

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE,

Defendant.

Civil Action No. 04-12697-MLW

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 16.1

NOW COMES your Plaintiff, Richard Fortuna, and his counsel, and hereby jointly certify

pursuant to Local Rule 16.1(D)(3) that they have conferred together concerning, first, the

establishment of a budget for the costs of conducting the full course of, and various alternatives

to, litigation of this matter; and:

Second, have discussed and considered the use of alternative dispute resolution processes

and programs such as those outlined in Local Rule 16.4 as a means of resolving the disputes

giving rise to this litigation.

RESPECTFULLY SUBMITTED

**RICHARD FORTUNA,** Plaintiff

His attorney,

   /s/ by telephone auth. 6/15/06
Richard Fortuna

           /s/
Paul H. Merry, Esq.
BBO # 343580
50 Congress Street - 10TH Floor
Boston, MA 02109
617 720 2400

## CERTIFICATE OF SERVICE

I, Paul H. Merry, attorney for the Complainant Richard Fortuna in the above matter, certify that on the sixteenth day of June, 2006, I served the above document by filing the same electronically with the United States District Court by its Electronic Court Filing process, which process customarily forwards copies of papers filed to all other counsel of record

_____

Paul H. Merry