UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD FORTUNA,<br>          Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>U.S. POSTAL SERVICE,<br>          Defendant. | CIVIL ACTION<br>NO.04-12697-MLW |

**STATUS REPORT OF THE PARTIES**

As required by this Court's Scheduling Order, counsel for the parties submit this status report regarding possible resolution of this matter. The undersigned counsel have explored the possibility of settlement and report to the Court that they are not optimistic that this matter will settle prior to the completion of discovery and the filing of a motion for summary judgment by the government. Nevertheless, both parties believe that a mediation session with a Magistrate Judge would be helpful and productive at this stage in the litigation and respectfully request referral by this Court for such a session.

Respectfully submitted,

FOR THE PLAINTIFF

By his attorney,

/s/Paul H. Merry (EMC)
Paul H. Merry, Esq.
50 Congress Street
10th Floor
Boston, MA  02109
(617) 720-2400

Dated: October 13, 2006

FOR THE DEFENDANT

By his attorneys,

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110
(617)748-3282