UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
RICHARD J. FORTUNA,                           )
                    Plaintiff,                )
                                              )        CIVIL ACTION
v.                                            )        NO. 04-12697-MLW / LTS
                                              )
JOHN POTTER, as he is                         )
POSTMASTER GENERAL of the                     )
UNITED STATES OF AMERICA,                     )
                    Defendant.                )
_____)

ASSENTED-TO MOTION FOR CONTINUANCE OF ADR HEARING

The government respectfully requests a brief continuance of the Court's ADR

Hearing which is currently scheduled for January 26, 2007 at 9:30 AM before Magistrate

Judge Leo T. Sorokin.  As grounds therefor, the government states that a brief

continuance will allow the government the time necessary to prepare and increase the

chances that mediation will be successful in narrowing or resolving this matter.  The

government further states that both the undersigned Assistant U.S. Attorney and agency

counsel (who has authority to settle) have been out of the office with brief illnesses over

the past two weeks and require additional time to prepare for the mediation.  In addition,

agency counsel has another previously scheduled matter, which requires significant

attention this week.  Counsel for plaintiff assents to this motion.

The undersigned counsel has not yet been successful in contacting the Court's

clerk to determine a mutually convenient date, but did not want to delay the filing of this

Motion.

WHEREFORE, the government requests that the Court allow its motion to

continue the ADR.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Assented to:

By:/s/Paul Merry/EMC     By: /s/Eugenia M. Carris
  Paul H. Merry         Eugenia M. Carris
  Law Offices of Paul H. Merry    Assistant U.S. Attorney
  50 Congress Street, Suite 1000   U. S. Attorney's Office
  Boston, MA 02210       John Joseph Moakley U.S. Courthouse
  (617) 720-2400        1 Courthouse Way, Suite 9200
                Boston, MA  02210
Dated:  January 22, 2007      (617) 748-3282


Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 23, 2007.

/s/Eugenia M. Carris
Assistant U.S. Attorney