## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| RICHARD J. FORTUNA, | ) |
|              Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN POTTER, as he is | ) |
| POSTMASTER GENERAL of the | ) |
| UNITED STATES OF AMERICA, | ) |
|              Defendant. | ) |

CIVIL ACTION
NO. 04-12697-MLW

_____)

## NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the defendant in the above-captioned

action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Jennifer C. Boal
Jennifer C. Boal
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3310

Dated: February 5, 2007

## CERTIFICATE OF MAILING

This is to certify that a true copy of the above was electronically mailed to plaintiff's counsel of
record.

/s/Jennifer C. Boal
Jennifer C. Boal