UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
RICHARD J. FORTUNA,           )
         Plaintiff,           )
                              )     CIVIL ACTION
v.                            )     NO. 04-12697-MLW
                              )
JOHN POTTER, as he is         )
POSTMASTER GENERAL of the     )
UNITED STATES OF AMERICA,     )
         Defendant.           )
_____)

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the defendant in the above-captioned action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3376

Dated: February 6, 2007

## CERTIFICATE OF MAILING

This is to certify that a true copy of the above was electronically mailed to plaintiff's counsel of record.

/s/Eugenia M. Carris
Eugenia M. Carris