UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
RICHARD FORTUNA,                    )
          Plaintiff,                )
                                    )      CIVIL ACTION
v.                                  )      NO.04-12697-MLW
                                    )
JOHN E. POTTER,                     )
POSTMASTER GENERAL,                 )
U.S. POSTAL SERVICE,                )
          Defendant.                )
_____)
```

**JOINT MOTION TO EXTEND PRETRIAL SCHEDULE**

The parties hereby jointly move that the Court extend the pretrial schedule in this matter by three months, including to extend the discovery period from March 30, 2007, to and including June 29, 2007. In support of this motion, the parties state as follows:

1. This is an action in which the plaintiff alleges that the U.S. Postal Service discriminated against him in terms, conditions and privileges of employment because of his age. Defendant contends that it did not discriminate or retaliate against the plaintiff.

2. On June 2, 2006, this court entered a scheduling order that set forth a number of dates, including the date for the close of discovery – March 30, 2007.  Docket Number 11.  The parties have been proceeding diligently with discovery in this matter and have engaged in written discovery and taken two key depositions – namely the plaintiff and his supervisor at the U.S. Postal Service.

3. A mediation was originally scheduled in this matter for January 26, 2007, in the midst of discovery.  Docket Entry on November 15, 2006.  The mediation was adjourned until April 6, 2007 at the request of the U.S. Postal Service.  Docket Entry on February 1, 2007.  The

undersigned government counsel is new to the case, requires time to get up to speed, and is currently focusing on preparing for mediation.

    4.    Although the parties have been diligent, they do not believe, that all discovery can be completed within the time set forth in the current pre-trial schedule.  Indeed, there may well be issues that need further development in discovery that arise from the mediation and may further such a resolution of the case.  In addition, it appears to the government counsel, that there is some outstanding document discovery needed with respect to plaintiff's employment after his work at the U.S. Postal Service.  Government counsel anticipates that additional documents may be needed from plaintiff's counsel, and possibly from plaintiff's employers, regarding particularly his income from his employers subsequent to the U.S. Postal Service.

    5.    The parties believe that a three-month extension of the pre-trial schedule dates will permit them to prepare, and possibly resolve, this case in a thorough and orderly fashion.

    6.    The parties respectfully submit that a three-month pre-trial schedule extension will not unduly delay the resolution of this matter and will not prejudice any party. Accordingly, the parties propose the following extensions and changes to the scheduling order:

    a.    All discovery shall be complete by June 29, 2007.

    b.    Counsel for the parties shall confer and, by July 11, 2007, file a report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment.

    c.    A scheduling conference will be held on July 18, 2007, at 4:00 p.m.

    d.    A final pre-trial conference will be held on August 8, 2007.

    e.    Trial shall commence on August 13, 2007.

WHEREFORE, the parties jointly move that the Court allow the requested extensions.

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By his attorney, | By his attorneys, |
| /s/Paul H. Merry | /s/Jennifer C. Boal |
| Paul H. Merry, Esq. | Jennifer C. Boal |
| 50 Congress Street | Assistant U.S. Attorney |
| 10th Floor | John J. Moakley U.S. Courthouse |
| Boston, MA  02109 | 1 Courthouse Way, Suite 9200 |
| (617) 720-2400 | Boston, MA 02210 |
|  | (617)748-3310 |

Dated: March 22, 2007