UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


RICHARD FORTUNA,                    )
                    Plaintiff(s)    )
                                    )
v.                                  )        C.A. No.   04-12697-MLW
                                    )
U.S. POSTMASTER GENERAL JOHN        )
POTTER,                             )
                    Defendant(s)    )


SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised by Magistrate judge Leo Sorokin that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Sarah A. Thornton, Clerk


April 9, 2007                              /s/Dennis O'Leary
Date                                       Deputy Clerk